# EXHIBIT 2



**Stanford Shopping Center**

**660 Stanford Shopping Center, Palo Alto, CA 94304**





**Westfield San Francisco Centre**

**865 Market Street,
San Francisco, CA 94103**



**The Grove**

189 The Grove Dr,
Los Angeles, CA 90036



**The Americana at Brand**

**889 Americana Way, Glendale, CA 91210**