UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ARITZIA, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-01196-JSW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 57 |

On October 18, 2023, the Court granted Defendants Aritzia, Inc., Aritzia LP, and United States of Aritzia, Inc.'s (collectively, "Defendants") motion to dismiss, without prejudice. (Dkt. No. 56.) On November 8, 2023, Plaintiff filed a Notice of Intent Not to Amend its Complaint. (Dkt. No. 57.)

The Court hereby DISMISSES, WITH PREJUDICE, Plaintiff's claims. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) (holding proper procedure upon notice of intent not to amend is to enter judgment dismissing all claims with prejudice). The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 9, 2023

_____
JEFFREY S. WHITE
United States District Judge