UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANGLE INC.,

        Plaintiff,

v.

ARITZIA LP, et al.,

        Defendants.

Case No. 23-cv-01196-JSW

**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 103

Now before the Court is Plaintiff's motion for leave to file a motion for reconsideration of the Court's Order dated October 3, 2025, dismissing Aritzia Inc. for lack of personal jurisdiction. After reviewing the filing, opposition, and supplementary materials, the Court finds that there is not newly discovered evidence or grounds for reconsideration. Evidence of macromanagement does not equate to direction of day-to-day operations or a disregard for separate corporate formalities. *See, e.g., Ranza v. Nike, Inc.*, 793 F.3d 1059, 1075 (9th Cir. 2015). The Court DENIES Plaintiff's motion for leave to file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: January 12. 2026

_____
JEFFREY S. WHITE
United States District Judge