MATTHEW L. SCHWARTZ (*Admitted Pro Hac Vice*)
*mlschwartz@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 303-3646/ Fax: (212) 446 2350

SEAN P. RODRIGUEZ (SBN 262437)
*srodriguez@bsfllp.com*
MARIAH J. NOAH (SBN 339658)
*mnoah@bsfllp.com*
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800/ Fax: (415) 293-6899

*Attorneys for Plaintiff TANGLE, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARITZIA, INC., ARITZIA LP, and UNITED STATES OF ARITZIA INC.,<br><br>Defendants. | Civil Action No. 4:23-cv-01196-JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Jeffrey S. White<br>Courtroom 5 – 2nd Floor<br>Date:  January 9, 2026<br>Time: 9:00 am |

[~~Proposed~~] Order Granting Plaintiff's Administrative Motion to Consider
Whether Another Party's Material Should be Sealed.
Case No. 4:23-cv-01196-JSW

# ~~PROPOSED~~ ORDER

Before the Court is Plaintiff's Administrative motion to seal the highlighted portions of Plaintiff's Statement re Admin. Motion to Seal and Reply ISO Motion for Leave to File Motion for Reconsideration of October 3, 2025 Order Dismissing Aritza, Inc. Having considered the Administrative Motion, supporting declaration, and other papers on file, and good cause having been shown, the Court ORDERS as follows:

| Document Sought to be Sealed | Party Claiming Confidentiality | Portion to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|---|
| Plaintiff's Statement re Admin. Motion to Seal and Reply ISO Motion for Leave to File Motion for Reconsideration of October 3, 2025 Order Dismissing Aritza, Inc. | Aritzia Inc. | 1:12-13; 1:14; 1:15-17; 1:18-19; 3:6-7; 3:8; 3:9-14; 3:17-18; 3:19-20; 3:22-23; 3 fn. 1; 4 fn. 2. | Refers to material designated "Confidential" pursuant to the Protective Order. |

## IT IS SO ORDERED.

Dated: February 13, 2026

_____
JEFFREY S. WHITE
United States District Judge

1
[~~Proposed~~] Order Granting Plaintiff's Administrative Motion to Consider
Whether Another Party's Material Should be Sealed.
Case No. 4:23-cv-01196-JSW